UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-22811-BKC-LMI
PROCEEDING UNDER CHAPTER 13

In re:

    Alex Eduardo Duarte, and
    Celia Cecilia Duarte,

    Debtor.
_____/

## MOTION TO APPROVE FIRST MODIFIED CHAPTER 13 PLAN

The Debtors, by their counsel, respectfully move for approval of their Chapter 13 plan with the modification set forth herein and in support therefore state as follows:

1. Debtor filed for relief under Chapter 13 in this case and their Chapter 13 Plan was previously confirmed.

2. The Debtors have filed for Motion for Referral to Loss Mitigation Mediation and have received a TPP agreement. The plan must reflect the correct amount.

3. By this motion, Debtors request that the Court approve the modifications of their plan as the First Modified Chapter 13 plan.

WHEREFORE, Debtors respectfully pray that this motion be granted and that Debtors' First Modified Chapter 13 plan be approved as the Chapter 13 plan.

    Respectfully submitted,

    REYES & CALAS-JOHNSON, P.A.
    Attorneys for the Debtors
    782 N.W. 42nd Avenue, Ste. 447
    Miami, FL 33126
    Tel: (305) 476-1900

    By:___/S/_____
        Mary Reyes

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served upon all parties on attached list, this 12th day of August, 2015.

/S/
Mary Reyes

Label Matrix for local noticing
13C-1
Case 14-22811-LMI
Southern District of Florida
Miami
Wed Aug 12 12:50:43 EDT 2015

Abn-Amro
Po Box 9438
Gaithersburg, MD 20898-9438

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801-5014

Chase
Po Box 15298
Wilmington, DE 19850-5298

Dept Of Ed/Sallie Mae
11100 Usa Pkwy
Fishers, IN 46037-9203

First Fed Credit & Col
1821 Hollywood Blvd Ste
Hollywood, FL 33021-6308

Gecrb/Paypal Smart Con
Po Box 965005
Orlando, FL 32896-5005

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

Lexicon
140 S. San Vicente
Los Angeles, CA 90048-4654

Martinez Auto Dealer
2421 South Dixie Highway
Miami, FL 33170-4471

PennyMac Loan Services, LLC
Aldridge Connors LLP
c/o Alice Blanco
3575 Piedmont Rd NE #500
Atlanta, GA 30305-1636

American Financial Cre
10333 N Meridian St Ste
Indianapolis, IN 46290-1144

BellSouth Telecommunications, Inc.
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Chase
Po Box 24696
Columbus, OH 43224-0696

Doctors Business Bur
202 N Federal Hwy
Lake Worth, FL 33460-3438

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

Hsbc Bank
Po Box 9
Buffalo, NY 14240-0009

JP Morgan Chase NA
c/oSamantha Carr
Mail Code: LA4-5555
700 Kansas Lane
Monroe, LA 71203-4774

Lexus Financial Servic
12735 Morris Road Ext #
Alpharetta, GA 30004-8904

Martinez Buy & Sell Wholesale Used Cars
22421 South Dixie Highway
Miami, FL 33170-4471

Venezia Lakes Homeowners' Association,
c/o Aleida Martinez Molina
2525 Ponce de Leon Blvd.
Suite 700
Coral Gables, FL 33134-6045

Asset Acceptance Llc
Po Box 1630
Warren, MI 48090-1630

Bellsouth Telecomincations
c/o AT&T Services
One AT&T Way Room 3A231
Bedminster, NJ 07921-2693

Citibank
POB 6042
Sioux Falls, SD 57117-6042

Enhancrcvrco
Po Box 57547
Jacksonville, FL 32241-7547

Gecrb/Old Navy
Po Box 965005
Orlando, FL 32896-5005

Hsbc/Bsbuy
Po Box 9
Buffalo, NY 14240-0009

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Litton Loan Servicing
4828 Loop Central Dr
Houston, TX 77081-2166

Merchants Credit Guide
223 W Jackson Blvd Ste 4
Chicago, IL 60606-6914

```
Miami Dade County Tax Collector        Midland Credit Management, Inc.        NAVIENT SOLUTIONS, INC, ON BEHALF OF THE
140 W. Flagler St.                     as agent for Asset Acceptance LLC      DEPARTMENT OF EDUCATION
Miami, FL 33130-1575                   PO Box 2036                            NAVIENT SOLUTIONS, INC
                                       Warren, MI 48090-2036                  DEPARTMENT OF EDUCATION LOAN SERVICES
                                                                              P O BOX 9635
                                                                              WILKES BARRE, PA 18773-9635

New Century Mortgage C                 Office of the US Trustee               PENNYMAC LOAN SERVICES, LLC
18400 Von Karman Ave Ste               51 S.W. 1st Ave.                       6101 CONDOR DRIVE
Irvine, CA 92612-0516                  Suite 1204                             SUITE #310
                                       Miami, FL 33130-1614                   MOORPARK, CA 93021-2602


Pennymac                               Pennymac Loan Services                 Portfolio Recovery Ass
POB 514387                             6101 Condor Dr                         120 Corporate Blvd Ste 1
Los Angeles, CA 90051-4387             Moorpark, CA 93021-2602                Norfolk, VA 23502-4962


Prime Acceptance Corp                  Sears/Cbna                             State of Florida Dept of Revenue
200 W Jackson Blvd Ste 7               Po Box 6189                            c/oJim Zingale, Executive Director AR
Chicago, IL 60606-6941                 Sioux Falls, SD 57117-6189             501 S Calhoun St., Rm 104
                                                                              Tallahassee, FL 32399-6548


Syncb/Mervyns                          (p)TOYOTA MOTOR CREDIT CORPORATION     Toyota Motor Credit Corporation
Po Box 965005                          PO BOX 8026                            c/o Becket and Lee LLP
Orlando, FL 32896-5005                 CEDAR RAPIDS IA 52408-8026             POB 3001
                                                                              Malvern PA 19355-0701


Us Dept Of Education                   VION Holdings                          Venezia Lakes HOA
Po Box 5609                            c/oJefferson Capital Systems, LLC      12350 SW 132 COURT SUITE 114
Greenville, TX 75403-5609              POB 7999                               Miami, FL 33186-6458
                                       Saint Cloud, MN 56302-7999


Venezia Lakes Homeowners Association, Inc.   Weiss Serota Helfman, PL         Wffnatbank
c/o Aleida Martinez Molina                   200 E Broward Blvd., #1900       Po Box 94498
Weiss Serota Helfman                         Fort Lauderdale, FL 33301-1949   Las Vegas, NV 89193-4498
2525 Ponce de Leon Blvd., Suite 700
Coral Gables, Florida 33134-6045


c/o Aleida Martinez Molina             Alex Eduardo Duarte                    Celia Cecilia Duarte
Weiss Serota Helfman et al.            12965 SW 143rd Terr                    12965 SW 143rd Terr
2525 Ponce de Leon Blvd., Suite 700    Miami, FL 33186-8943                   Miami, FL 33186-8943
Coral Gables, Florida 33134-6045


Desiree Calas-Johnson                  Mary Reyes Esq                         Nancy K. Neidich
782 NW 42 Ave # 447                    782 NW 42 Ave #447                     www.ch13herkert.com
Miami, FL 33126-5549                   Miami, FL 33126-5549                   POB 279806
                                                                              Miramar, FL 33027-9806


Robin Weiner
851 N Nob Hill Rd., #132
Plantation, FL 33324-1708
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Jefferson Capital | Toyota Motor Credit | (d)Toyota Motor Credit Co |
| 6 Mcleland Rd., St. | POB 8026 | 19001 S Western Ave |
| Saint Cloud, MN 56303 | Cedar Rapids, IA 52408 | Torrance, CA 90501 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC HOLDINGS, LLC, BY PENNYMAC LOAN S    (u)Miami

End of Label Matrix
Mailable recipients    57
Bypassed recipients    2
Total    59